IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE CINCINNATI CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 22-00066-KD-M |
| MORCOR FINANCIAL LLC, ) AMERICAN CHARTER DEVELOPMENT ) LLC, and LUCIDA CONSTRUCTION ) COMPANY LLC, ) ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on the joint motion and stipulation regarding Defendant American Charter Development LLC (doc. 14). The parties to the joint motion, The Cincinnati Casualty Company and ACD move the Court for an Order to dismiss ACD with prejudice subject to certain stipulations and agreements to which ACD and CCC have agreed.

Upon consideration, the joint motion is GRANTED and Defendant ACD is dismissed with prejudice, with each joint movant to bear their own costs.[1]

The Clerk is directed to terminate ACD as a defendant in this action.

DONE and ORDERED this the 19th day of May 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Any stipulations and agreements are between Cincinnati and ACD (Doc. 14, p. 2, "By executing this joint motion and stipulation CCC and ACD agree to be bound by the stipulations and agreement set forth herein.").